

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-16-00173-CV

| | | |
|---|---|---|
| EMERSON ELECTRIC CO., D/B/A FUSITE, AND EMERSON CLIMATE TECHNOLOGIES, INC., Appellants | § | On Appeal from the 48th District Court |
| | § | of Tarrant County (048-268665-13) |
| V. | | |
| | § | October 18, 2018 |
| CLARENCE JOHNSON AND UNITED STATES LIABILITY INSURANCE COMPANY, Appellees | § | Opinion by Justice Pittman |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that Appellants Emerson Electric Co., d/b/a Fusite, and Emerson Climate Technologies, Inc. shall jointly and severally pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By _/s/ Mark T. Pittman_____
    Justice Mark T. Pittman